**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Azure Networks, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:15-CV-00033 |
| | § | |
| Broadcom Corporation | § | Jury Trial Demanded |
| *Defendant.* | § | |

**PROPOSED ORDER ON DEFENDANT BROADCOM CORPORATION'S MOTION TO DISMISS PLAINTIFF AZURE NETWORKS, LLC'S FIRST AMENDED COMPLAINT**

Before the Court is Broadcom Corporation's Motion to Dismiss Plaintiff Azure Networks, LLC's First Amended Complaint. The Court has considered the briefing and arguments of the parties, and the Court is of the opinion that Defendant's Motion to Dismiss should DENIED.

IT IS THEREFORE ORDERED that Broadcom Corporation's Motion to Dismiss Plaintiff Azure Networks, LLC's First Amended Complaint is DENIED.

IT IS SO ORDERED.