**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| AZURE NETWORKS, LLC, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    **Civil Action No. 6:15-CV-33-RWS** <br> ) |
| BROADCOM CORPORATION, | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**DECLARATION OF JASON H. LISS**

I, Jason H. Liss, hereby declare under the penalty of perjury that:

1. I am admitted to this Court *pro hac vice* and am counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for defendant Broadcom Corporation ("Broadcom") in this action. I submit this declaration in support of Defendant's concurrently filed Reply In Support of Broadcom's Motion to Dismiss Azure Networks LLC's ("Azure") First Amended Complaint. I have personal knowledge of the facts set forth herein, unless otherwise stated, and, if called upon to testify as a witness, I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of a document entitled "Brief of Plaintiffs-Appellants Azure Networks, LLC and Tri-County Excelsior Foundation," dated August 20, 2013, which was filed in the United States Court of Appeals for the Federal Circuit by Azure in Case No. 13-1459, *Azure Networks, LLC v. CSR, plc*. Yellow highlighting was added to Exhibit A on page 46 pursuant to Local Rule CV-7(b).

- 2 -

    3.    Attached hereto as **Exhibit B** is a true and correct excerpt of the United States Patent and Trademark Office document entitled "Amendments to the Claims," dated January 23, 2014. Exhibit B is included in the file history of U.S. Patent. No. 8,732,361, one of the patents-in-suit in this action. Yellow highlighting was added to Exhibit B on page 17 pursuant to Local Rule CV-7(b).

    4.    Attached hereto as **Exhibit C** is a true and correct copy of a United States Patent and Trademark Office document entitled "Final Rejection," dated February 18, 2014. Exhibit C is included in the file history of U.S. Patent. No. 8,732,361, one of the patents-in-suit in this action.

    5.    I declare under penalty of perjury, as provided in 28 U.S.C. § 1746, that the foregoing is true and correct. Executed in Boston, Massachusetts on April 13, 2015.

    /s/ *Jason H. Liss*
    Jason H. Liss