# EXHIBIT B

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7462 |
|     Robert J. Donaghey | Examiner:  TSENG, CHENG YUAN |
| Application No.:  13/941,427 | Art Unit: 2184 |
| Filed:  07-12-2013 | Atty. Docket No.:<br>    SVIPGP095M |
| For:   PERSONAL AREA NETWORK<br>       APPARATUS | Date:  1/23/2014 |

## AMENDMENT A

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner:

In response to the Office Action dated 10/23/2013, please enter the following amendments believed to place the claims in condition for allowance.



**FIG. 12**

<mark>The Examiner has rejected Claims 31-60 under pre-AIA 35 U.S.C. 102(e) as being anticipated by Lu (U.S. Patent No. 7,281,036).  Applicant respectfully disagrees with such rejection, especially in view of the amendments made hereinabove to the claims.</mark>

With respect to Claim 31, applicant respectfully asserts that the cited excerpts from the Lu reference, as relied upon by the Examiner to reject the independent claims, do not disclose, teach, or suggest a "portable endpoint device" comprising "a first virtual device and a second virtual device integrated on a same single integrated circuit and configured such that the first virtual device and the second virtual device are configured to allow communication therewith as virtually different physical devices despite being integrated on the same single integrated circuit" and "receiv[ing] directly endpoint-to-endpoint over a shared wireless area communication medium without passing through any intermediate node such that no wireless routing occurs therebetween over the shared wireless area communication medium,  a first  virtual device-related other endpoint device message from at least one other endpoint device without being wirelessly routed therethrough to indicate the availability of the at least one other endpoint device for attachment over the shared wireless area communication medium," in the specific

context claimed (emphasis added – see at least a portion of these and/or other terms in the other independent claims – each claim should only be limited by the terms therein).

The Examiner is reminded that a claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described in a single prior art reference. *Verdegaal Bros. v. Union Oil Co. Of California*, 814 F.2d 628, 631, 2 USPQ2d 1051, 1053 (Fed. Cir. 1987).  Moreover, the identical invention must be shown in as complete detail as contained in the claim.  *Richardson v. Suzuki Motor Co.*868 F.2d 1226, 1236, 9USPQ2d 1913, 1920 (Fed. Cir. 1989).  The elements must be arranged as required by the claim.  This criterion has simply not been met by the above reference, as noted above.

It is believed that all of the pending issues have been addressed.  However, the absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment.  In addition, because the arguments made above may not be exhaustive, there may be reasons for patentability of any or all pending claims (or other claims) that have not been expressed.  Still yet, nothing in this reply should be construed as intention to concede any issue with regard to any claim, except as specifically stated in this reply.  Finally, it should be noted that no claims are intended to be construed under 35 U.S.C. 112, paragraph 6.

Applicant does not believe that any other fees are due.  However, in the event that any other fees are due, the Director is hereby authorized to charge any required fees due (other than issue fees), and to credit any overpayment made, in connection with the filing of this paper to Deposit Account No. 50-4964 (Order No. SVIPGP095M).

Should the Examiner deem that any further amendment is desirable to place this application in condition for allowance, applicant invites the Examiner to telephone the undersigned attorney at the number listed below.

Respectfully submitted,

Date:   January 23, 2014

By:     /Thomas D. Fortenberry/

**THOMAS D. FORTENBERRY**
Reg. No. 56,537
P.O. Box 2099
Woodville, Texas 75979
Tel. (409) 283-2811
Fax (409) 291-7042
**ATTORNEY FOR APPLICANT**