# EXHIBIT C

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/941,427 | 07/12/2013 | Robert J Donaghey | SVIPGP095M | 7462 |

112117        7590        02/18/2014
Thomas D. Fortenberry, Attorney at Law
P.O. Box 2099
Woodville, TX 75979

| EXAMINER |
|---|
| TSENG, CHENG YUAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2184 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/18/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| **Office Action Summary** | Application No.<br>13/941,427 | Applicant(s)<br>DONAGHEY, ROBERT J |
|---|---|---|
| | Examiner<br>CHENG-YUAN TSENG | Art Unit<br>2184 | AIA (First Inventor to File) Status<br>No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☒ Responsive to communication(s) filed on _1/23/2014_.
☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☒ This action is **FINAL**. 2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5)☒ Claim(s) _31 and 61-89_ is/are pending in the application.
　5a) Of the above claim(s) _31 and 61-89_ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☐ Claim(s) _____ is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☒ Claim(s) _31 and 61-89_ are subject to restriction and/or election requirement.

* If any claims have been determined allowable, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

### Application Papers

10)☐ The specification is objected to by the Examiner.
11)☒ The drawing(s) filed on _7/12/2013_ is/are: a)☒ accepted or b)☐ objected to by the Examiner.
　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
　a)☐ All b)☐ Some** c)☐ None of the:
　1.☐ Certified copies of the priority documents have been received.
　2.☐ Certified copies of the priority documents have been received in Application No. _____.
　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1)☐ Notice of References Cited (PTO-892)
2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4)☐ Other: _____.

Application/Control Number: 13/941,427                                    Page 2
Art Unit: 2184

### DETAILED ACTION

### *Election/Restrictions*

Newly submitted claims 31 and 61-89 are directed to an invention that is independent or distinct from the invention originally claimed for the following reasons:

Applicant cancelled originally presented claims 32-60. Applicant substantially amended original presented independent claim 31 as a different invention. The amended independent claims 31 and new independent claims 87-89 are directed to multiple virtual devices in a single physical device as independent and distinct. Inventions on originally presented, now cancelled claims (32-60), and newly amended claims (31 and 61-89) are directed to related wireless device network with materially different design (i.e., with virtual devices) as well as mutually exclusive (i.e., must design with either virtual devices or without virtual devices, not both). The related inventions are distinct if: (1) the inventions as claimed are either not capable of use together or can have a materially different design, mode of operation, function, or effect; (2) the inventions do not overlap in scope, i.e., are mutually exclusive; and (3) the inventions as claimed are not obvious variants. See MPEP § 806.05(j). In the instant case, the

inventions as claimed require multiple virtual devices in a single physical device.   Furthermore, the inventions as claimed do not encompass overlapping subject matter and there is nothing of record to show them to be obvious variants.

Since applicant has received an action on the merits for the originally presented invention, this invention has been constructively elected by original presentation for prosecution on the merits.   Accordingly, claims 55 and 61-07 are withdrawn from consideration as being directed to a non-elected invention. See 37 CFR 1.142(b) and MPEP § 821.03.

## *Conclusion*

**This action is made final.**   Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).   A shortened statutory period for reply to this final action is set to expire in three months from the mailing date of this action. In the event a first reply is filled within two months of the mailing date of this final action and the advisory action is not mailed until after the end of the three-month shortened statutory period, then the shortened statutory period will expire on the date of the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.   In no event,

Application/Control Number: 13/941,427                                    Page 4
Art Unit: 2184

however,  will  the  statutory  period  for  reply  expire  later  than
six  months  from  the  date  of  this  final  action.


### *Contact Information*

Any  inquiry  concerning  this  communication  or  earlier
communications  from  the  examiner  should  be  directed  to  Chengyuan
Tseng  whose  telephone  number  is  (571)272-9772,  and  fax  number  is
(571)273-9772.   The  examiner  can  normally  be  reached  on  Monday
through  Friday  from  09:00  to  17:00.   If  attempts  to  reach  the
examiner  by  telephone  are  unsuccessful,  the  examiner's
supervisor,  Dr.  Henry  W.H.  Tsai  can  be  reached  on  (571)272-4176.
The  fax  phone  number  for  the  organization  where  this  application
or  proceeding  is  assigned  is  571-273-8300.   Information
regarding  the  status  of  an  application  may  be  obtained  from  the
Patent  Application  Information  Retrieval  (PAIR)  system.   Status
information  for  published  applications  may  be  obtained  from
either  Private  PAIR  or  Public  PAIR.   Status  information  for
unpublished  applications  is  available  through  Private  PAIR  only.
Should  you  have  questions  on  access  to  the  Private  PAIR  system,
contact  the  Electronic  Business  Center  (EBC)  at  866-217-9197
(toll-free).   If  you  would  like  assistance  from  a  USPTO  Customer
Service  Representative  or  access  to  the  automated  information
system,  call  800-786-9199  (IN  USA  OR  CANADA)  or  571-272-1000.

/Cheng-Yuan TSENG/

Primary Patent Examiner, Art Unit 2184