IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Azure Networks, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:15-cv-33-RWS |
| v. | § § | JURY TRIAL DEMANDED |
| Broadcom Corporation, | § § | |
| *Defendant.* | § § § | |

**AZURE NETWORKS, LLC'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On May 14, 2015, Defendant filed a Notice of Supplemental Authority calling to the Court's attention the Northern District of Texas opinion *Jericho Systems Corp. v. Axiomatics, Inc.*, No. 3:14-cv-2281, Dkt. No. 76 (N.D. Tex. May 7, 2015). Dkt. No. 33. In its Notice, Defendant selectively highlighted portions of the *Jericho* opinion. Dkt. No. 33-1. Standing alone, these highlighted propositions are misleading. Accordingly, Azure files this short response identifying important context that should be considered in addition to the excerpts highlighted by Defendant:

- Plaintiff in *Jericho* expressly agreed to resolution on the pleadings, stating, "Jericho agrees that, in this particular case, the section 101 issue is ripe for immediate resolution." No. 3:14-cv-2281, Dkt. No. 41 at 2 n.1 (N.D. Tex. Feb. 9,

2015) (Plaintiff's Response to Defendants' Motion for Judgment on the Pleadings).

- Defendant in *Jericho* sought to invalidate only one patent consisting of 24 claims. *Jericho*, Dkt. No. 76 at 6–7.

- Both the defendant and the court addressed how each claim was "sufficiently similar" to the alleged representative claim. *See* No. 3:14-cv-2281, Dkt. No. 31 at 4–5 (N.D. Tex. Jan. 20, 2015) (Defendant's Motion for Judgment on the Pleadings); *Jericho*, Dkt. No. 76 at 7–8.

- The *Jericho* Court found that the problem solved by the claims at issue was not a problem created by modern computing. *Jericho*, Dkt. No. 76 at 11.

Dated: May 22, 2015

Respectfully submitted,

**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com
Attorney in Charge

**Ben King**
Texas State Bar No.  24048592
**Nix Patterson & Roach L.L.P.**
2900  St. Michael Drive, Suite 500
Texarkana, Texas  75503

>903.223.3999 (telephone)
>903.223.8750 (facsimile)
>benking@nixlawfirm.com
>
>**Edward Chin**
>Texas State Bar No. 50511688
>**Kirk Voss**
>Texas State Bar No. 24075229
>**Winn Cutler**
>Texas State Bar No. 24084364
>**Nix Patterson & Roach, L.L.P.**
>5215 N. O'Connor Blvd., Suite 1900
>Irving, Texas 75039
>972.831.1188 (telephone)
>972.444.0716 (facsimile)
>edchin@me.com
>kirkvoss@me.com
>
>**ATTORNEYS FOR PLAINTIFF**
>**AZURE NETWORKS, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 22nd day of May, 2015.

Derek T. Gilliland