UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:15-cv-33-RWS |
| | § | |
| **Broadcom Corporation,** | § | |
| | § | JURY TRIAL DEMANDED |
| *Defendant.* | § | |

**AZURE NETWORKS, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO BROADCOM CORPORATION'S MOTION TO TRANSFER**

COMES NOW Plaintiff Azure Networks, LLC, ("Azure") by and through its undersigned counsel and files its unopposed Motion to Extend the Deadline to Respond to Broadcom Corporation's ("Broadcom") Motion to Transfer (Dkt No. 35) from June 4, 2015 to June 11, 2015.

WHEREFORE, PREMISES CONSIDERED, Azure requests that the Court enter an order extending the deadline for Plaintiff to Respond to Broadcom's Motion to Transfer (Dkt No. 35) from June 4, 2015 to June 11, 2015.

Dated: June 3, 2015

Respectfully submitted,

/s/ Robert Winn Cutler
**Robert Winn Cutler**

**Derek Gilliland, Attorney-in-Charge**
Texas State Bar No. 24007239
**Nix Patterson & Roach, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

**Edward Chin**
Texas State Bar No. 50511688
**Kirk Voss**
Texas State Bar No. 24075229
**Robert Winn Cutler**
Texas State Bar No. 24084364
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
edchin@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
rossl@nixlawfirm.com

**Eric M. Albritton**
Texas State Bar No. 00790215
ema@emafirm.com
**Michael A. Benefield**
Texas State Bar No. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFF**
**AZURE NETWORKS, LLC.**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff has conferred with counsel for Defendant regarding the subject matter of this motion and Defendants are unopposed.

By: /s/Robert Winn Cutler
Robert Winn Cutler

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 3rd day of June, 2015.

/s/Robert Winn Cutler
Robert Winn Cutler