# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 6:15-cv-33-RWS |
| **Broadcom Corporation,** | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |

## PROPOSED ORDER

Before the Court is Azure's Unopposed Motion to Extend the Deadline to Respond to Broadcom's Motion to Transfer (Dkt No. 35).

Azure's Unopposed Motion to Extend the Deadline to Respond to Broadcom's Motion to Transfer (Dkt No. 35) from June 4, 2015 to June 11, 2015 is GRANTED.

IT IS SO ORDERED.