# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Azure Networks, LLC,** | § | |
| *Plaintiff*, | § § § | |
| v. | § § | **CIVIL ACTION NO. 6:15-CV-33** |
| **Broadcom Corporation,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before this Court is the Unopposed Motion to Withdraw Andrew J. Wright as attorney-of-record for Plaintiff Azure Networks, LLC ("Azure"). Having considered the motion, this Court is of the opinion that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Andrew J. Wright is withdrawn as counsel for Azure, effective the date of this Order.

IT IS FURTHER ORDERED that electronic notice to Andrew J. Wright in this case is terminated effective the date of this Order.

**SIGNED this 4th day of June, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE