# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC ) ) ) Plaintiff, ) ) v. ) ) BROADCOM CORPORATION ) ) Defendant. ) | Civil Action No.  6:15-CV-33-RWS |

## ORDER GRANTING DEFENDANT BROADCOM CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER

Before the Court is Broadcom Corporation's Unopposed Motion for Extension of Time to File A Reply Brief in Support of its Motion to Transfer.  After consideration of same, the Court finds that said unopposed motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Broadcom Corporation has up to and including June 29, 2015 to file a Reply to its Motion to Transfer [Dkt. 35].

**SIGNED this 19th day of June, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE