**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| AZURE NETWORKS, LLC ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> BROADCOM CORPORATION ) </br> ) </br> Defendant. ) | **Civil Action No.  6:15-CV-33-RWS** |

## ORDER GRANTING DEFENDANT BROADCOM CORPORATION'S UNOPPOSED MOTION TO SUBSTITUTE EXHIBITS TO DEFENDANT BROADCOM CORPORATION'S MOTION TO TRANSFER

Before the Court is Defendant Broadcom Corporation's Unopposed Motion to Substitute Exhibits to Defendant Broadcom Corporation's Motion to Transfer [Dkt. 35].  After consideration of same, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that exhibits at Dkt. Nos. 35-4 through 35-29 of Broadcom Corporation's Motion to Transfer [Dkt. 35] are hereby replaced with exhibits A-Z which were submitted with its Unopposed Motion to Substitute Exhibits.

**SIGNED this 19th day of June, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE