IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS LLC<br><br>        Plaintiff,<br>  v.<br>ACER AMERICA CORPORATION, *ET AL*.,<br><br>        Defendants. | CIVIL ACTION NO. 6:15-CV-00018<br>CONSOLIDATED |
| AZURE NETWORKS LLC<br><br>        Plaintiff,<br>  V.<br>BROADCOM CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 6:15-CV-00033 |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Azure Networks, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Broadcom Corporation ("Broadcom") announced to the Court that they have resolved Plaintiff's claims for relief against Broadcom asserted in this case and Broadcom's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.  Plaintiff and Broadcom have therefore requested that the Court dismiss Plaintiff's claims for relief against Broadcom with prejudice and Broadcom's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against

Broadcom are dismissed with prejudice and Broadcom's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

      **SIGNED this 21st day of August, 2015.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE